1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD JOSE DUPREE, JR.,                    No.  1:16-cv-01904-DAD-SAB (PC)

12                     Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS, DENYING
13           v.                                   APPLICATION TO PROCEED IN FORMA
                                                  PAUPERIS, AND DIRECTING PLAINTIFF
14   SHEILA K. OBERTO, et al.,                    TO PAY THE $400 FILING FEE WITHIN
                                                  THIRTY DAYS FROM THE DATE OF
15                     Defendants.                SERVICE OF THIS ORDER

16                                                (Doc. Nos. 2, 9.)

17

18          Plaintiff Richard Jose Dupree, Jr. is appearing pro se in this civil rights action pursuant to

19   42 U.S.C. § 1983.

20          The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.

21   § 636(b)(1)(B) and Local Rule 302.  On December 23, 2016, the assigned magistrate judge filed a

22   findings and recommendations recommending that plaintiff's application to proceed in forma

23   pauperis be denied, and that he be required to pay the $400 filing fee.  The findings and

24   recommendations were served on the parties and contained notice that any objections thereto

25   were to be filed within thirty days.  Over thirty days have passed and no objections have been

26   filed.

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

28   de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings

1

1   and recommendations to be supported by the record and by proper analysis.

2        Based on the foregoing:

3        1.  The December 23, 2016 findings and recommendations (Doc. No. 9) are adopted in

4            full;

5        2.  Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied;

6        3.  Within thirty days from the date of service of this order, plaintiff shall pay the $400

7            filing fee; and

8        4.  Any failure on plaintiff's part to pay the required filing fee within the time provided

9            by this order will result in the dismissal of this action

10  IT IS SO ORDERED.

11      Dated:    **April 17, 2017**

12                                              UNITED STATES DISTRICT JUDGE