UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSE DUPREE, JR., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>SHEILA K. OBERTO and LISA GAMOIAN, <br><br>　　　　Defendants. | No. 1:16-cv-01904-DAD-SAB <br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE $400.00 FILING FEE |

Plaintiff Richard Jose Dupree, Jr. is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2017, this court denied plaintiff's application to proceed *in forma pauperis*, and plaintiff was directed to pay the required $400.00 filing fee within thirty days. (Doc. No. 10.) Over thirty days have passed, and plaintiff has not paid the filing fee. The court's April 18, 2017 order advised plaintiff that the failure to pay the required fling fee within the time provided will result in dismissal of this action. Because plaintiff has failed to pay the filing fee, the instant action is dismissed.

IT IS SO ORDERED.

　Dated: **July 10, 2017**　　　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1